IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHANNI SNYDER**<br>*individually and as guardian ad litem for minor child Mani Snyder*,<br>    Plaintiff,<br><br>       v<br>**BRUCE E. DICE**, **BRUCE E. DICE & ASSOCIATES P.C.** ,**MICHAEL DAUGHERTY, DAVID BERTOK**, **ROBERT RIZZO, JAMES NOVAK, GREG ARENDAS, ROBERT DIPPOLITO, NICHOLAS DREISTADT, WILLIAM SOMBO, CARL STEINKOPF,  WILLIAM KAUFMANN**<br>*and* **JOHN DOES 1-15**<br>       Defendants. | 2:11-cv-879 |

## ORDER OF COURT

AND NOW, this 12th day of September, 2011, upon consideration of Plaintiff's NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i) (Document No. 10), it is hereby

**ORDERED** that the caption of this action is hereby amended to read as follows:


**SHANNI SNYDER**
*individually and as guardian ad litem for minor child Mani Snyder*,
       **Plaintiff,**

          v                                                                    2:11-cv-879

**MICHAEL DAUGHERTY, DAVID BERTOK**,
**ROBERT RIZZO, JAMES NOVAK, GREG ARENDAS**,
**ROBERT DIPPOLITO, NICHOLAS DREISTADT**,
**WILLIAM SOMBO, CARL STEINKOPF**,
**WILLIAM KAUFMANN**
*and* **JOHN DOES 1-15**
       **Defendants.**

                                                                    BY THE COURT:

                                                                    s/Terrence F. McVerry
                                                                    United States District Judge

cc: **SHANNI SNYDER**
1140 Augusta Circle
Irwin, PA 15642
**via first class & certified mail**

**Paul D. Krepps, Esquire**
Email: pdkrepps@mdwcg.com