IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANNI SNYDER<br>*individually and as guardian ad litem for minor child Mani Snyder*,<br><br>**Plaintiff,**<br><br>v<br><br>MICHAEL DAUGHERTY, DAVID BERTOK, ROBERT RIZZO, JAMES NOVAK, GREG ARENDAS, ROBERT DIPPOLITO, NICHOLAS DREISTADT, WILLIAM SOMBO, CARL STEINKOPF, WILLIAM KAUFMANN *and* **JOHN DOES 1-15**<br><br>**Defendants.** | 2:11-cv-879 |

## ORDER OF COURT

AND NOW, this 11th day of October, 2011, upon consideration of Plaintiff's VERIFIED MOTION TO SUBSTITUTE JEFFREY BOULDIN AND ALLEN POWANDA AS DEFENDANTS IN PLACE OF JOHN DOES 1 AND 2 (Doc. No. 16), and Defendants' RESPONSE TO PLAINTIFF'S VERIFIED MOTION TO SUBSTITUTE JEFFREY BOULDIN AND ALLEN POWANDA AS DEFEDNATS IN PLACE OF JOHN DOES 1 AND 2 (Doc. No. 17), which does not object, it is hereby **ORDERED** that said motion is **GRANTED** and Jeffrey Bouldin and Allen Powanda are hereby named as Defendants in this action in place of John Does 1 and 2, who are to be deleted as Defendants. Plaintiff shall promptly serve Jeffrey Bouldin and Allen Powanda with process.

The caption of this action is hereby amended to read as follows:

**SHANNI SNYDER**
*individually and as guardian ad litem for minor child Mani Snyder*,

              **Plaintiff,**

              **v**                              **2:11-cv-879**

**MICHAEL DAUGHERTY**, **DAVID BERTOK**, **ROBERT RIZZO, JAMES NOVAK, GREG ARENDAS**, **ROBERT DIPPOLITO**, **NICHOLAS DREISTADT**, **WILLIAM SOMBO**, **CARL STEINKOPF**, **WILLIAM KAUFMANN, JEFFREY BOULDIN,** and **ALLEN POWANDA;**

              **Defendants.**

                                      BY THE COURT:

                                      s/Terrence F. McVerry
                                      United States District Judge

cc:    **SHANNI SNYDER**
        1140 Augusta Circle
        Irwin, PA 15642
        **via first class & certified mail**

        **Paul D. Krepps, Esquire**
        Email: pdkrepps@mdwcg.com
        **Danielle M. Vugrinovich, Esquire**
        Email: dmvugrinovich@mdwcg.com