**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHANNI SNYDER, and SHANNI SNYDER as natural guardian for minor child E.S., | ) ) ) | |
| | ) | Civil Action No. 2:11-cv-00879 |
| Plaintiff, | ) | Judge Mark R. Hornak |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL DAUGHERTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**AND NOW,** this 19th day of April, 2013, for the reasons set forth in open court on April 18th, 2013, it is **ORDERED** that Defendants' Motion to Compel More Complete Responses to Interrogatories and Request for Production of Documents (ECF No. 64) is **GRANTED IN PART AND DENIED IN PART**; Plaintiff's Motion to Compel Defendants to Attend Deposition (ECF No. 67) is **GRANTED IN PART AND DENIED IN PART**; Defendants' Motion for Change of Location of Depositions (ECF No. 69) is **GRANTED IN PART AND DENIED IN PART**; upon the representations of counsel regarding ADR-related matters, Plaintiff's Motion for Reconsideration of 3/8/2013 Text-only Order (ECF No. 70) is **DENIED WITHOUT PREJUDICE;** and Plaintiff's Motion for Reconsideration of March 18, 2013 Order on Motion to Make Witnesses Available (ECF No. 73) is **GRANTED**, as follows:

1. Plaintiff shall by no later than 4:30 p.m. on April 30, 2013 produce any document that is responsive to Defendants' First Set of Interrogatories and Request for Production of Documents, *see* ECF No. 64-1.  All such documents must be legible, must be packaged

and labeled to indicate to which Request they are responsive, and must be delivered to Defendants' attorney's office during normal and ordinary business hours.

2. Plaintiff shall by no later than 4:30 p.m. on April 30, 2013 produce to Defendants any supplemental response to Defendants' Interrogatories #2, #3, and #6.  Plaintiff shall be prohibited from adducing evidence that is within the subject matter of those interrogatories, but falls outside her original or supplemental responses to such interrogatories, for the remainder of the litigation.  In particular, Plaintiff is instructed that in responding to Interrogatory #3, she must specifically delineate the actions allegedly taken by each Defendant Officer and how such actions will be supported by the evidence (e.g. which witness(es) observed the conduct of such Officer).

3. Plaintiff shall by no later than April 22, 2013, provide Defendants' counsel with the contact information for her brothers George and Kash Snyder.  The Court's ECF Text Order of March 18, 2013 is **VACATED**.

4. Plaintiff shall by no later than 4:30 p.m. on April 30, 2013 file with the Court a Notice identifying the name, address, and certification of the stenographer Plaintiff intends to employ to conduct witness depositions; and identifying exactly how many witnesses and which witnesses will be deposed; and identifying the method of recordation.

5. Plaintiff and Defendant's counsel shall communicate and confer to ascertain an appropriate location to conduct such depositions that is neither Plaintiff's residence nor the building in which the North Versailles Township Police Department is located.

6. Plaintiff shall by no later than April 25, 2013, file any amendment to her Application to Proceed in District Court Without Prepaying Fees or Costs, *see* ECF No. 1, if the information previously provided is incomplete or inaccurate in any aspect.

2

It is further **ORDERED** that the Stay previously in effect in this case, *see* ECF Order dated March 21, 2013, is hereby **LIFTED**.   It is further **ORDERED** that the Court's Case Management Order, ECF No. 21, is hereby **AMENDED** as follows: fact discovery shall close on June 18, 2013; Plaintiff's expert reports shall be due on July 18, 2013; Defendants' expert reports shall be due on August 18, 2013; Depositions of both Plaintiff's and Defendants' experts shall be completed by October 2, 2013. A Status Conference is hereby **SCHEDULED** for May 31, 2013 at 9:30 a.m. in Courtroom 6A of the Federal Courthouse.

_____/s/ Mark R. Hornak___
Mark R. Hornak
United States District Judge

cc:      All counsel of record